IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES H. FAIR                                                                                          PLAINTIFF

V.                                                              CAUSE NO.: 1:14CV213-SA-DAS

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES, et al.                    DEFENDANTS

ORDER ON REPORT AND RECOMMENDATION

Plaintiff filed a motion to proceed in forma pauperis. The magistrate judge issued a Report and Recommendation that the application be denied on the finding that Fair would not suffer undue financial hardship by paying court costs. Fair then paid the full filing fee after filing an objection to the Report and Recommendation.

The Court adopts the Report and Recommendation as the opinion of this Court and finds that Fair's objections to be without merit. Therefore, Fair's request to proceed in forma pauperis is DENIED.

SO ORDERED, this the 4th day of February, 2015.

                                           /s/ Sharion Aycock
                                           **U.S. DISTRICT JUDGE**